AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala.R.App. P.; §30-3-131, Ala. Code 1975; Ex parte Farm, 810 So.2d 631
(Ala. 2001); Ex parte Devine, 398 So.2d 686 (Ala. 1981);Kaufman v. Kaufman, 934 So.2d 1073 (Ala.Civ.App. 2005);Gladden v. Gladden, 942 So.2d 362 (Ala.Civ.App. 2005);Headrick v. Headrick, 916 So.2d 610
(Ala.Civ.App. 2005); Smith v. Smith, 887 So.2d 257
(Ala.Civ.App. 2003); C.J.L. v. M.W.B., 879 So.2d 1169
(Ala.Civ.App. 2003); Baggett v. Baggett, 855 So.2d 556
(Ala.Civ.App. 2003); McClelland v. McClelland,841 So.2d 1264 *Page 854 
(Ala.Civ.App. 2002); J.H.F. v. P.S.F., 835 So.2d 1024
(Ala.Civ.App. 2002); Moody v. Nagle, 811 So.2d 546
(Ala.Civ.App. 2001); Segrest v. Segrest, 574 So.2d 821
(Ala.Civ.App. 1990).
The appellant's request for an attorney's fee on appeal is denied.
CRAWLEY, P.J., and PITTMAN and MURDOCK, JJ., concur.
THOMPSON, J., concurs specially, with writing.